IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY HARRIS,  :
    Petitioner  :
        :  CIVIL NO. 3:12-CV-557
v.  :
        :  (JUDGE NEALON)
DAUPHIN COUNTY COURTS, et al.,  :  (MAGISTRATE JUDGE SMYSER)
    Respondents  :

## ORDER

**NOW**, THIS 14th DAY OF MAY, 2011, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. There is no basis for the issuance of a certificate of appealability.

                        /s/ William J. Nealon
                        United States District Judge

FILED
SCRANTON

MAY 1 4 2012

PER _____
    DEPUTY CLERK