IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY HARRIS,
    Petitioner

v.

DAUPHIN COUNTY COURTS, et al.,
    Respondents

CIVIL NO. 3:12-CV-557

(JUDGE NEALON)
(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW**, THIS 14th DAY OF MAY, 2011, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. There is no basis for the issuance of a certificate of appealability.

_____
United States District Judge

**FILED**
**SCRANTON**

MAY 1 4 2012

PER _____
    DEPUTY CLERK